| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Browning, James O | U.S.D. C. for District of NM | 05/10/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 333 Lomas Blvd NW Suite 660 Albuquerque, NM 87102 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Custodian | Custodial Account #2 |
| 3. Custodian | Custodial Account #3 |
| 4. Director | Christian Scholarship Fund |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 11 P 12: 08 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Sunset Mesa Schools Inc., wages |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo | Term Loan | L |
| 2. Wells Fargo | Credit Card | J |
| 3. US New Mexico Federal Credit Union | Term Loan | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Corporation | | | | | | | | | See NOTE 1 @ Part VIII |
| 2. --Working Interest-Cercion #5, Lea County, NM | | None | J | U | | | | | |
| 3. --Working Interest-Cercion #6, Lea County, NM | | None | J | U | | | | | |
| 4. --Working Interest-Cercion #7, Lea County, NM | | None | J | U | | | | | See NOTE 2 @ Part VIII |
| 5. --Working Interest-Garza #1, Lea County, NM | | None | J | U | | | | | See NOTE 2 @ Part VIII |
| 6. --Working Interest- Nash #5 Eddy County, NM | B | Royalty | J | U | | | | | |
| 7. --Working Interest - Nash #9, Eddy County, NM | B | Royalty | J | U | | | | | |
| 8. --Working Interest - Nash #10, Eddy County, NM | A | Royalty | J | U | | | | | |
| 9. --Working Interest - Nash #11, Eddy County, NM | B | Royalty | J | U | | | | | |
| 10. --Working Interest - Nash #12, Eddy County, NM | B | Royalty | J | U | | | | | |
| 11. --Working Interest - Nash #15, Eddy County, NM | C | Royalty | J | U | | | | | |
| 12. --Working Interest - Nash #25, Eddy County, NM | A | Royalty | J | U | | | | | |
| 13. --Working Interest, Nash #19, Eddy County, NM | C | Royalty | J | U | | | | | |
| 14. --Working Interest - Nash #23, Eddy County, NM | A | Royalty | J | U | | | | | |
| 15. --Working Interest - Nash #24, Eddy County, NM | C | Royalty | J | U | | | | | |
| 16. --Working Interest - Nash #29, Eddy County, NM | B | Royalty | J | U | | | | | |
| 17. --Working Interest - Nash #38, Eddy County, NM | A | Royalty | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Working Interest - Shell State #1, Lea County, NM | D | Royalty | J | U | | | | | |
| 19. --Working Interest - Shell State #2, Lea County, NM | B | Royalty | J | U | | | | | |
| 20. --Working Interest - Shell State #3, Lea County, NM | A | Royalty | J | U | | | | | |
| 21. --Working Interest - Shell State #4, Lea County, NM | A | Royalty | J | U | | | | | |
| 22. --Working Interest - Shell State #6, Lea County, NM | A | Royalty | J | U | | | | | |
| 23. --Working Interest - Shell State #5, Lea County, NM | | None | J | U | | | | | |
| 24. --Working Interest - Snoddy Federal #1, Lea County, NM | C | Royalty | J | U | | | | | |
| 25. --Working Interest - West Loving #1, Eddy County, NM | A | Royalty | J | U | | | | | |
| 26. --Working Interest - Queen Lake 36 #1, Eddy County NM | A | Royalty | J | U | | | | | |
| 27. --Working Interest - Milano St #1, Eddy County, NM | A | Royalty | J | U | | | | | |
| 28. --Working Interest - Milano St #2, Eddy County, NM | A | Royalty | J | U | | | | | |
| 29. --Working Interest - Tirano St, Eddy County, NM | A | Royalty | J | U | | | | | |
| 30. --Working Interest - Hopi Federal, Lea County, NM | A | Royalty | J | U | | | | | |
| 31. --Working Interest - Tomcat 16 St #2, Eddy County, NM | A | Royalty | J | U | | | | | |
| 32. --Working Interest - Tomcat 16 St #3, Eddy County, NM | A | Royalty | J | U | | | | | |
| 33. --Working Interest - Tomcat 16 St #4, Eddy County, NM | A | Royalty | J | U | | | | | |
| 34. --Working Interest - Tomcat 16 St #6, Eddy County, NM | A | Royalty | J | U | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   Q =Appraisal   S =Assessment
   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Working Interest - Tomcat 16 St #7, Eddy County, NM | A | Royalty | J | U | | | | | |
| 36. --Working Interest - Tomcat 16 St #8, Eddy County, NM | A | Royalty | J | U | | | | | |
| 37. --Working Interest - Tomcat 16 St #10, Eddy County, NM | A | Royalty | J | U | | | | | |
| 38. --Working Interest - Tomcat 16 Fed #13, Eddy County, NM | A | Royalty | J | U | | | | | |
| 39. --Working Interest - Oxy Federal #1, Eddy County, NM | C | Royalty | K | U | | | | | |
| 40. --Willow Lake 35 #1, Eddy County, NM | A | Royalty | J | U | | | | | |
| 41. --Working Interest - N Scanlon, Eddy County, NM | | None | J | U | | | | | |
| 42. --Working Interest - Forty Niner Ridge Unit 3 | A | Royalty | J | U | | | | | |
| 43. --Working Interest - Forty Niner Ridge Unit 2 | A | Royalty | J | U | | | | | |
| 44. --Working Interest - Forty Niner Ridge Unit 4 | D | Royalty | J | U | | | | | |
| 45. --Working Interest - Forty Niner Ridge Unit 6 | B | Royalty | J | U | | | | | |
| 46. --Working Interest - Forty Niner Ridge Unit 1 | A | Royalty | J | U | | | | | |
| 47. --Dinero Joint Venture - Roswell, NM | G | Royalty | J | U | | | | | |
| 48. --LTD Partnership Real Estate, Albuquerque, NM | F | Distribution | K | U | | | | | |
| 49. --Single Member LLC | | | | | Formed | 9/19 | | | See NOTES 1&4 @ Part VIII |
| 50. ----Undivided Interest Rental Property #1, Albuquerque, NM | | None | | | Rec'd Distr | 9/19 | P1 | | See NOTE 4 @ Part VIII |
| 51. | | | | | Sold | 9/22 | P1 | H1 | See NOTE 4 @ Part VIII |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ----Rental Property 2, Albuquerque, NM (2005, $611,855) | A | Rent | O | R | Purchase | 12/6 | O | | See NOTE 4 @ Part VIII |
| 53. ----Title Co Acct-Sec 1031 Exch Proceeds Not Yet Reinvested | D | Interest | O | T | | | | | See NOTE 4 @ Part VIII |
| 54. --IBM - Common Stock | A | Dividend | J | T | | | | | |
| 55. --Fidelity Money Market | B | Dividend | M | T | | | | | |
| 56. --Treasury Bills | A | Interest | | | Redemption | 01/06 | J | | See NOTE 3 @ Part VIII |
| 57. --Checking Account at New Mexico Bank & Trust | A | Interest | L | T | | | | | |
| 58. Trust #1 - Vanguard Brokerage Acct - Prime Money Market | A | Dividend | J | T | | | | | |
| 59. Trust #1 - Treasury Bills | E | Interest | O | T | | | | | |
| 60. Trust #1 - Savings Bonds | C | Interest | L | T | | | | | |
| 61. Trust #1 (Brokerage Account at Fidelity) | | | | | | | | | See NOTE 1 @ Part VIII |
| 62. --Fidelity Municipal Money Market | A | Dividend | K | T | | | | | |
| 63. --Travelers Property Class A Common Stock | A | Dividend | J | T | | | | | |
| 64. IRA #1 (Fidelity Brokerage Account) | | | | | | | | | See NOTE 1 @ Part VIII |
| 65. -- Timewarner Common Stock | A | Dividend | J | T | | | | | |
| 66. --Cisco Common Stock | | None | J | T | | | | | |
| 67. --Dell Common Stock | | None | J | T | | | | | |
| 68. --EMC Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Gateway Common Stock | | None | J | T | | | | | |
| 70. --Proctor & Gamble (fka Gillette) Common Stock | A | Dividend | J | T | Merger | 10/03 | J | A | |
| 71. --International Paper Common Stock | A | Dividend | J | T | | | | | |
| 72. --McData Common Stock | | None | J | T | | | | | |
| 73. --Merck Common Stock | A | Dividend | K | T | | | | | |
| 74. --Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 75. --PMC - Sierra Common Stock | | None | J | T | | | | | |
| 76. --Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 77. --Qwest Common Stock | | None | J | T | | | | | |
| 78. --Charles Schwab Common Stock | A | Dividend | J | T | | | | | |
| 79. --Tellabs Common Stock | | None | J | T | | | | | |
| 80. --Xilinx Common Stock | A | Dividend | J | T | | | | | |
| 81. --Baron Small Cap Fund | C | Dividend | M | T | | | | | |
| 82. --Baron Partners Fund | C | Dividend | L | T | Buy | 1/20 | L | | |
| 83. --Dodge & Cox Interntl Stock Fund | A | Dividend | K | T | | | | | |
| 84. --Meridian Growth Fund | B | Dividend | L | T | | | | | |
| 85. --Rydex OTC Investor Class | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Thompson Plumb Growth Fund | | None | | | Sell | 1/21 | L | C | |
| 87. --Vanguard Int'l Growth Portforlio | B | Dividend | K | T | | | | | |
| 88. --Vanguard Total Stock Mareket | C | Dividend | M | T | | | | | |
| 89. --Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 90. --Federated Dept Store (fka May Dept. Store) Common Stock | | None | J | T | Merger | 09/01 | J | D | |
| 91. IRA #2 (Fidelity Brokerage Account) | | | | | | | | | See NOTE 1 @ Part VIII |
| 92. --Alliance Technology Class A (Mutual Fund) | | None | K | T | | | | | |
| 93. --Putnam OTC & Energy Growth Class A (Mutual Fund) | | None | J | T | | | | | |
| 94. --Vanguard Total Stock Market | A | Dividend | K | T | | | | | |
| 95. --Fidelity Cash Reserve | A | Dividend | J | T | | | | | |
| 96. Custodial Account #3 | | | | | | | | | See NOTE 1 @ Part VIII |
| 97. --Vanguard Total Stock Market | A | Dividend | J | T | | | | | |
| 98. --Allnc Global Tech Fund (fka All Bern Tech Fnd) Mutual Fund | | None | J | T | Conversion | 05/31 | J | | |
| 99. --Fidelity Cash-Money Market | A | Interest | J | T | | | | | |
| 100. 529 Acct #1 (A.G. Edwards) Cap 75 Equity (Mutual Fund) | | None | J | T | | | | | |
| 101. 529 Acct. #2 (A.G. Edwards) Cap 75 Equity (Mutual Fund) | | None | K | T | | | | | |
| 102. 529 Acct #3 (A.G. Edwards) Cap 75 Equity (Mutual Fund) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Former Custodial Account #1 | | | | | | | | | See NOTE 1 @ Part VIII |
| 104. --Alliance Bernstein Tech Fund- Class B (Mutual Fund) | | None | | | Sell | 12/20 | J | | Account Distributed 12/21 |
| 105. -- Wachovia Money Fund (Evergreen) | A | Interest | | | Distribution | 12/21 | J | | Account Distributed 12/21 |
| 106. Custodial Account #2 | | | | | | | | | See NOTE 1 @ Part VIII |
| 107. --Alliance Bernstein Tech Fund- Class B (Mutual Fund) | | None | J | T | | | | | |
| 108. --Wachovia Money Fund (Evergreen) | A | Interest | J | T | | | | | |
| 109. Bank First Common Stock | | None | | | Sell | 3/12 | M | | H. Griffin Pickard, Jr. |
| 110. Roth #1 - (A.G. Edwards) | | | | | | | | | See NOTE 1 @ Part VIII |
| 111. --Growth Fund of America Mutual Fund | A | Dividend | J | T | | | | | |
| 112. --AG Edwards Cash & Money Fund (X) | A | Dividend | J | T | | | | | See NOTE 5 @ Part VIII |
| 113. Roth #2 - (A.G. Edwards) | | | | | | | | | See NOTE 1 @ Part VIII |
| 114. --TA IDEX Series - Janus Growth Fund Class A (X) | | None | J | T | | | | | See NOTE 5 @ Part VIII |
| 115. --Growth Fund of America Mutual Fund | A | Dividend | J | T | | | | | |
| 116. --Smallcap World Fund Inc | | None | J | T | | | | | |
| 117. --Europacific Growth Fund SBI | A | Dividend | J | T | | | | | |
| 118. --AG Edwards Cash & Money Fund (X) | A | Dividend | J | T | | | | | See NOTE 5 @ Part VIII |
| 119. Roth #3 - (A.G. Edwards) | | | | | | | | | See NOTE 1 @ Part VIII |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --AG Edwards Cash & Money Fund (X) | A | Dividend | J | T | | | | | See NOTE 5 @ Part VIII |
| 121. --Growth Fund of America Inc | A | Dividend | J | T | | | | | |
| 122. Checking Account - Wells Fargo Bank | A | Interest | J | T | | | | | See NOTE 6 @ Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NOTE 1 - These items listed in Section VII that have the note "See NOTE 1 @ Part VIII" in Column D(5) are headers only. The specific assets held in that corporation/trust/accounts are indented and listed individually following the header.

NOTE 2 - Lines 4 and 5 report non-producing oil & gas working interests that were inadvertently left off the 2004 Annual Report as filed.

NOTE 3 - The Treasury Bill listed at item #56 matured on 1/06/05 and the proceeds were transferred to the NM Bank and Trust checking account on that date.

NOTE 4 - The Real Estate Limited Partnership listed @ Item # 48 in Part VII distributed undivided interests in Rental Property #1(Item #50 in Part VII) to the partners on September 19, 2005 in connection with a Section 1031, like-kind exchange of that property. The Corporation (Item #1 in Part VII) formed a "Single Member LLC" (Item # 49 in Part VII) on September 19, 2005 to hold the undivided interest in Rental Property #1. The entire Rental Property #1 was sold September 22, 2005 and the proceeds were placed in a Title Company trust account for subsequent reinvestment pursuant to the like-kind exchange. Rental Property #2 (Item # 52 in Part VII) was purchased as replacement property December 6, 2005. The remaining proceeds from the like-kind exchange were not yet reinvested at December 31, 2005 and were held in the Title Company's trust account (Item #53 in Part VII) at the end of the reporting period.

NOTE 5 - Items # 112, 114, 118, and 120 each represent investments which by themselves are exempt from reporting. The overall accounts in which those items are held are not exempt, therefore all investments held in those accounts are listed and those which are individually exempt are labelled with an (X) and have the notation "See NOTE 5 @ Section VIII" in column D(5).

NOTE 6 - Wells Fargo checking account listed @ Item #122 was incorrectly listed as a "savings" account in the prior year report. The account is an interest bearing checking account. There were no changes to the account during the reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date 5/10/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544